# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 1:20-cv-22050-FAM**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> BLU PRODUCTS INC., <br><br> Defendant. | **JURY TRIAL DEMANDED** |

## PLAINTIFFS CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Sisvel International S.A. and Sisvel S.p.A. (collectively, "Plaintiffs") certify the following:

Sisvel International S.A. declares that it is a wholly owned subsidiary of Fineur International S.A. No publicly held corporation owns 10% or more of its stock.

Sisvel S.p.A. declares that it is a wholly owned subsidiary of Sisvel International S.A. No publicly held corporation owns 10% or more of its stock.

In addition, the undersigned certifies that, other than the named parties and Plaintiffs, the following listed entity (i) has a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) has a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Fineur International S.A.

1

| | |
|---|---|
| Dated: May 18, 2020 | */s/ Jorge Espinosa*<br>Jorge Espinosa, Esq.<br>Florida Bar No: 779032<br>jorge.espinosa@gray-robinson.com<br>Francesca Russo, Esq.<br>Florida Bar No.:174912<br>francesca.russo@gray-robinson.com<br>Robert R. Jimenez, Esq.<br>Florida Bar No.: 72020<br>Robert.jimenez@gray-robinson.com<br>GRAY \| ROBINSON, P.A.<br>333 S.E. 2nd Ave., Suite 300<br>Miami, FL 33131<br>Tel: 305-416-6880<br>Fax: 305-416-6887<br><br>*Attorneys for Plaintiffs*<br>*SISVEL INTERNATIONAL S.A.*<br>*and SISVEL S.p.A.* |