# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 20-CV-22050-FAM

Plaintiff:
**SISVEL INTERNATIONAL S.A. and SISVEL S.P.A**

vs.

Defendant:
**BLU PRODUCTS INC**

For:
Jorge Espinosa
GRAY ROBINSON
333 SE 2nd Avenue
Suite 3200
Miami, FL 33131

Received by DLE Process Servers, Inc on the 13th day of July, 2020 at 4:28 pm to be served on **BLU PRODUCTS INC c/o Bernard L. Egozi as Registered Agent, 2999 NE 191st Street, Number 407, Aventura, FL 33180**.

I, Asdrubal Santana, do hereby affirm that on the **14th day of July, 2020** at **1:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint for Patent Infringement and Exhibits.** at **2999 NE 191st Street, Number 407, Aventura, FL 33180** with the date and hour of service endorsed thereon by me, to: **Gale Tucker** as **Employee Authorized** for **Bernard L. Egozi, REGISTERED AGENT** on behalf of **BLU PRODUCTS INC** and informing said person of the contents therein, in compliance state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Asdrubal Santana

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2020028504