IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22050-FAM

SISVEL INTERNATIONAL, S.A.
and SISVEL S.p.A.,

      Plaintiff,

v.

BLU PRODUCTS, INC.,

      Defendant.
_____/

**BLU PRODUCTS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

      Defendant BLU PRODUCTS, INC. ("BLU"), by and through its undersigned counsel, hereby moves the Court for the entry of an order extending the time in which BLU may file a response to the Complaint for Patent Infringement ("Complaint") filed by the Plaintiffs, SISVEL INTERNATIONAL, S.A. and SISVEL S.p.A ("Plaintiffs"). In support of its motion, BLU states as follows:

      1.      On May 15, 2020, Plaintiffs filed the Complaint (ECF No. 1).

      2.      The period prescribed for BLU to file a response to the Complaint expires today, August 4, 2020.

      3.      Due to the press of other matters and in order to allow the parties additional time for ongoing settlement discussions, BLU requests additional time to file its response to the Complaint.

      4.      Specifically, BLU seeks a thirty-day (30) extension of time through September 3, 2020 within which to file its response. Plaintiffs do not oppose the relief sought in this Motion.

This is BLU's first request for an extension of time to respond to the Complaint.

5. BLU makes this motion in good faith and not for the purpose of undue delay.

6. Pursuant to Rule 7.1(a)(2), Local Rules of the United States District Court for the Southern District of Florida, a proposed order is attached for the Court's convenience as **Exhibit A**, and a copy will be transmitted to judge's chambers pursuant to Rule 3(I)(6) of the CM/ECF Administrative Procedures of the Southern District of Florida.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned certifies that as required by S.D. Fla. L.R. 7.1(a)(3), the office of the undersigned has contacted counsel for the Plaintiffs and the relief requested in this motion is unopposed.

    Respectfully submitted,

    *s/ Yanina Zilberman*
    Bernard L. Egozi (Florida Bar No. 152544)
    begozi@egozilaw.com
    Yanina Zilberman (Florida Bar No. 105665)
    yanina@egozilaw.com
    EGOZI & BENNETT, P.A.
    2999 NE 191 Street, Suite 407
    Aventura, Florida 33180
    Telephone: (305) 931-3000

    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system on this 4th day of August, 2020, on all counsel of record on the service list below.

<i>s/ Yanina Zilberman</i>

**Service List**

**GRAY ROBINSON, P.A.**
Jorge Espinosa, Esq.
Francesca Russo, Esq.
Robert R. Jimenez, Esq.
333 SE 2nd Avenue, Suite 300
Miami, FL 33131
Tel.: 305-416-6880
Fax: 305-416-6887
jespinosa@etlaw.com
frusso@etlaw.com
rjimenez@etlaw.com

*Counsel for Plaintiff*

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22050-FAM

SISVEL INTERNATIONAL, S.A.
and SISVEL S.p.A.,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the *Unopposed Motion for Extension of Time to Respond to Complaint* ("Motion")*,* filed by Defendant BLU PRODUCTS, INC. ("BLU") [ECF No. 7]. It is:

ORDERED AND ADJUDGED that the Motion is granted. BLU shall file its response to the Complaint on or before September 3, 2020.

                                                                     Hon. Federico A. Moreno
                                                                     United States District Court Judge

Copies to:

Counsel of Record