UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22050-CIV-MORENO**

SISVEL INTERNATIONAL, S.A., SISVEL,
S.p.A.,

                Plaintiffs,

vs.

BLU PRODUCTS, INC.,

                Defendant.

_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

This cause came before the Court upon a *sua sponte* review of the record.

The Court has noted the proof of service on Defendant BLU Products, Inc. (**D.E. 6**), filed on **July 20, 2020**. The Court granted Defendant's Motion for Extension of Time to Respond to the Complaint until September 3, 2020. It appears that Defendant BLU Products, Inc. has failed to answer or otherwise respond to the Summons and Complaint.  Therefore it is

**ADJUDGED** that the Clerk shall file an Entry of Default against Defendant BLU Products, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  Upon entry of default, Plaintiffs may file a motion for Default Judgment in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.  The Clerk is directed to close the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th of September 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record