UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SISVEL INTERNATIONAL S.A., et al.

PLAINTIFF(S)

CASE NUMBER
1:20−cv−22050−FAM

v.

BLU PRODUCTS INC.,

DEFAULT BY CLERK F.R.Civ.P.55(a)

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Blue Products, Inc.**

**Blue Products Inc.**

as of course, on the date September 15, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Lorraine Sandelin*
Deputy Clerk

cc:  Judge Federico A. Moreno
     Sisvel International S.A.

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)