UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-22050-CIV-MORENO

SISVEL INTERNATIONAL, S.A., SISVEL, S.p.A.,

       Plaintiffs,

vs.

BLU PRODUCTS, INC.,

       Defendant.
_____/

## ORDER DIRECTING REASSIGNMENT OF THE CASE

THIS CAUSE came before the Court upon a *sua sponte* review of the record. The Court was assigned this matter in the ordinary course of random assignment of cases.

Pursuant to 28 U.S.C. § 371, on July 17, 2020, the undersigned retired from regular active service and took senior status. As 28 U.S.C. § 294(b) allows a sitting senior judge to perform such judicial duties as he or she is willing and able to undertake, the undersigned refers this case back to the Clerk of Court for reassignment to another judge in accordance with the blind assignment system to the calendar of an active judge.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of September 2020.

*Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record