UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22050-CIV-MORENO

SISVEL INTERNATIONAL, S.A., SISVEL, S.p.A.,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendants.
_____/

**CLERK'S NOTICE OF
JUDICIAL OFFICER REASSIGNMENT**

Pursuant to a Order Directing Reassignment of Case entered by the Honorable Federico A Moreno, United States District Judge on the 30th day of September, 2020, and after a blind random drawing by the Clerk of this Court, all parties to this action are noticed as follow:

1. That the above-styled cause be and same is hereby reassigned to the calendar of the Honorable Darrin P. Gayles, United States District Judge for all further proceedings, and

2. That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows:

**20-22050-CIV-GAYLES/LOUIS**

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.5.

DONE at the Federal Courthouse Square, Miami, Florida, this 30th day of September, 2020.

**ANGELA E. NOBLE**
CLERK OF COURT

By:   J. Conway
      _____
      Deputy Clerk