# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:20-cv-22050-FAM**

SISVEL INTERNATIONAL, S.A.
and SISVEL S.p.A.,

    Plaintiff,

v.

BLU PRODUCTS, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Bernard L. Egozi of the law firm Egozi & Bennett, P.A. hereby gives notice of his appearance on behalf of the Defendant, BLU PRODUCTS, INC., in the above-styled cause and request that copies of all further notices and filings in this case be furnished to the undersigned as follows:

**Bernard L. Egozi, Esq.**
begozi@egozilaw.com (primary)
yanina@egozilaw.com (secondary)
gale@egozilaw.com (secondary)

                                                Respectfully submitted,

                                                */s/ Bernard L. Egozi*
                                                Bernard L. Egozi (Florida Bar No. 152544)
                                                begozi@egozilaw.com
                                                Yanina Zilberman (Florida Bar No. 105665)
                                                yanina@egozilaw.com
                                                EGOZI & BENNETT, P.A.
                                                2999 NE 191 Street, Suite 407
                                                Aventura, Florida 33180
                                                Telephone: (305) 931-3000
                                                *Counsel for Defendant*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system on this 9th day of October, 2020, on all counsel of record on the service list below.

/s/ *Bernard L. Egozi*
Bernard L. Egozi

**Service List**

**DEVLIN LAW FIRM LLC**
Timothy Devlin, Esq.
Neil A. Benchell
1526 Gilpin Avenue
Wilmington, DE 19806
Tel.: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com
nbenchell@devlinlawfirm.com

**GRAY ROBINSON, P.A.**
Jorge Espinosa, Esq.
Francesca Russo, Esq.
Robert R. Jimenez, Esq.
333 SE 2nd Avenue, Suite 300
Miami, FL 33131
Tel.: 305-416-6880
Fax: 305-416-6887
jespinosa@etlaw.com
frusso@etlaw.com
rjimenez@etlaw.com

*Counsel for Plaintiff*