**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 1:20-cv-22050-DGP**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.P.A., <br><br> Plaintiffs, <br><br> v. <br><br> BLU PRODUCTS INC., <br><br> Defendant. | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Plaintiffs Sisvel International S.A., 3G Licensing S.A. and Sisvel S.p.A. ("Sisvel") and Defendant BLU Products, Inc. ("BLU") (collectively, "the Parties") have resolved the Parties' respective claims and defenses asserted in this case.

NOW, THEREFORE, Sisvel and BLU, through their attorneys of record, request this Court to dismiss Sisvel's claims for relief against BLU with prejudice. All attorneys' fees, costs of court and expenses will be borne by the party incurring same. The parties also request that the Court retains jurisdiction of this matter for the purposes of enforcing the terms of the settlement agreement.

Dated: September 15, 2021

/s/ *Jorge Espinosa*
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
robert.jimenez@gray-robinson.com
**GRAY | ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

OF COUNSEL:

Neil A. Benchell (admitted *pro hac vice*)
nbenchell@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010

*Attorneys for Plaintiffs
Sisvel International S.A.
and 3G Licensing S.A.*

/s/ *Bernard L. Egozi*
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Yanina Zilberman (Florida Bar No. 105665)
yanina@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Tel: (305) 931-3000

*Attorneys for Defendant BLU Products, Inc.*